

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00612-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

On December 10, 2014, appellee filed a Motion to Transfer Record and Motion for Extension of Time to File Brief. The motion is GRANTED.

It is hereby ORDERED that the Clerk of this Court transfer copies of the clerk's record and supplemental clerk's record filed in appellate cause number 04-13-00725-CV to this appellate cause number.

Appellee is ORDERED to file its brief no later than February 5, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court